IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD CAMPBELL,

        Plaintiff,

v.

THE TRAVELERS HOME AND MARINE
INSURANCE COMPANY,

        Defendant.

CIVIL ACTION
NO. 19-3226

## ORDER

**AND NOW**, this 3rd day of September 2021, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 20), Plaintiff's Response in Opposition (Doc. No. 23), and Defendant's Reply (Doc. No. 24), it is **ORDERED** that Defendant The Travelers Home and Marine Insurance Company's Motion for Summary Judgment (Doc. No. 20) is **GRANTED**. The Clerk of Court shall mark this case closed.

BY THE COURT:

/s/ Joel H. Slomsky\_\_\_\_\_
JOEL H. SLOMSKY, J.